UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN TERNES,

        Plaintiff,

        Case No. 1:10-cv-485

v.

        HONORABLE PAUL L. MALONEY

CADILLAC ACCOUNTS
RECEIVABLE MANAGEMENT, INC.,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Cadillac Accounts Receivable Management, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Cadillac Accounts Receivable Management, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: July 21, 2010                                                   /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           Chief United States District Judge